Jenkins, of New York City, for appellant. Roger Foster, of New York City, for respondent.

PER CURIAM. It appears that the appellant has already exercised every right to which he was entitled and which was secured to him by the original order for "inspection." The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

In re MINTURN et al. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the accounting of John C. Minturn and another, as executors, etc., of Richard E. Jarmain, deceased.

PER CURIAM. Order reversed, with $10 costs and disbursements, for the reason that, as all of the objections filed to the account do not present naked questions of law, the learned surrogate should have heard the allegations and proofs of the parties (section 2728, Code Civ. Proc.), instead of attempting to dispose of the objections upon the recital: "Now, after examining said account, and hearing the attorneys for the representatives in favor of the account, and the attorney for the residuary legatees in opposition thereto." See, also, 145 N. Y. Supp. 1134.

---

In re MINTURN et al. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the accounting of John C. Minturn and another, as executors, etc., of Richard E. Jarmain, deceased. No opinion. Motion to dismiss appeal denied, without costs. See, also, 145 N. Y. Supp. 1134.

---

MILLIGAN, Appellant, v. McDERMOTT DAIRY CO., Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by George S. Milligan, as administrator, against the McDermott Dairy Company. G. O. Redington, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

MINAKAKI v. GUERNSEY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Peter Minakaki against Florence Guernsey. No opinion. Application denied, with $10 costs. Order signed.

---

MISSERT, Appellant, v. STEFFAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Theresa Missert against Anthony C. Steffan. No opinion. Judgment and order affirmed, with costs.

---

MITSCHOW v. JOHN R. KEIM MILLS, Inc. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Charles Mitschow against the John R. Keim Mills, Incorporated. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

---

In re MONTGOMERY. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) In the matter of the application of Stanley D. Montgomery for admission to the bar. No opinion. Application granted.

---

MONTGOMERY, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Nellie Montgomery against the City of New York and another. No opinion. Appeal dismissed, without costs, on consent of all parties.

---

MOORE et al., Appellants, v. O'NEILL, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Frederick W. Moore and another, as copartners, etc., against Cecelia O'Neill. No opinion. Judgment affirmed, with costs.

---

MOREL v. PESCHMANNS. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Camille Morel against August Peschmanns. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed.

---

MORNAT REALTY CO. v. OXFELD et al. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Mornat Realty Company against Annie Oxfeld and another. No opinion. Motion granted, without costs.

---

MORRIS, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by James Morris, Jr., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

MORRIS, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by James Morris, Sr., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

MORTON, Respondent, v. SMITH HOISTING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Annie Best Morton, as administratrix, etc., of Edward Morton, deceased, against the Smith Hoisting Company and another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. As the witness Winkky was the only